```
 1 │ THOMAS P. O'BRIEN                                          JS - 6
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Assistant United States Attorney              FILED 3/07/08
 3 │ Chief, Civil Division
   │ ALARICE M. MEDRANO
 4 │ Assistant United States Attorney
   │ California Bar No. 166730
 5 │     Room 7516 Federal Building
   │     300 North Los Angeles Street
 6 │     Los Angeles, California 90012
   │     Telephone: (213) 894-0460
 7 │     Facsimile: (213) 894-7819
   │     E-mail: Alarice.Medrano@usdoj.gov
 8 │
 9 │ Attorneys for Federal Defendants, Michael B. Mukasey, Attorney
   │ General of the United States, et al.
10 │
11 │               UNITED STATES DISTRICT COURT
12 │           FOR THE CENTRAL DISTRICT OF CALIFORNIA
13 │                     WESTERN DIVISION
14 │ HAMID HARIRI,                ) No. CV 07-7559 GHK (JWJx)
                                  )
15 │          Plaintiff,           )
                                  )   [PROPOSED]
16 │      v.                       )   ORDER DISMISSING ACTION
                                  )
17 │ MICHAEL B. MUKASEY, Attorney )
   │ General of the United States, )
18 │ et al.,                       )
                                  )   [Before the Honorable
19 │          Defendants.          )    George H. King]
                                  )
20 │
21 │ \\\
22 │ \\\
23 │ \\\
24 │ \\\
25 │ \\\
26 │ \\\
27 │ \\\
28 │ \\\
```

1  The Court having considered the parties' Stipulation to
2  Dismiss,
3  IT IS SO ORDERED THAT the above-captioned action be
4  dismissed without prejudice.  Each party shall bear their own
5  costs and fees, including attorneys fees.

7  DATED: March 07, 2008

_____
GEORGE H. KING
United States District Judge

14 Presented by:

15 THOMAS P. O'BRIEN
United States Attorney
16 LEON W. WEIDMAN
Assistant United States Attorney
17 Chief, Civil Division

_____
ALARICE M. MEDRANO
20 Assistant United States Attorney

21 Attorneys for Federal Defendants,
Michael Mukasey, Attorney General,
22 Department of Justice, et al.

2